Kian Mottahedeh (SBN 247375)
John D. Sarai (SBN 259125)
**SM LAW GROUP, APC**
16130 Ventura Blvd., Suite 660
Encino, CA 91436
Tel: (818) 855-5950
Fax: (818) 855-5952
kian@smlawca.com
john@smlawca.com

Attorneys for Plaintiff,
RUBI ARIAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUBI ARIAS,<br><br>         Plaintiff,<br>   vs.<br><br>CITIBANK, N.A.; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.: 2:17-cv-00251-PA-E<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rubi Arias, by and through her attorneys of record, respectfully requests this Honorable Court to dismiss this matter with prejudice. Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,
**SM LAW GROUP, APC**

DATED: February 17, 2017   By: */s/ Kian Mottahedeh*
Kian Mottahedeh, Esq. (SBN 247375)
Attorneys for Plaintiff,
RUBI ARIAS

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE